AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN  District of  NEW YORK

PIRZADA ASTOR PLACE, LLC,

V.

SEE ATTACHED RIDER

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV-23-

TO: (Name and address of Defendant)

SEE ATTACHED RIDER

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HARRY H. KUTNER, JR.
1325 Franklin Avenue, Suite 225
Garden City, New York 11530
(B) 516-741-1400
(E) hhkutnerlaw@gmail.com

an answer to the complaint which is served on you with this summons, within ___twenty-one (21)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

1/17/2023

CLERK                                  DATE

(By) DEPUTY CLERK

# RIDER

CITY OF NEW YORK
c/o N.Y.C. Corporation Counsel
100 Church Street
New York, New York 10007

ADOLFO CARRION, JR.
100 Gold Street, 5-G2
New York, New York 10038

KIMBERLY DARGA
100 Gold Street, 5-G2
New York, New York 10038

KAMILA DARGA
100 Gold Street, 5-G2
New York, New York 10038

12-22 30th AVENUE, LLC
35-11 36th Street - 3rd Floor
Astoria, New York 11106

VIEW PROPERTY MANAGEMENT, LLC
8 Markwood Road
Flushing, New York 11375

1222 30 AVE LLC
8 Markwood Road
Flushing, New York 11375

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                              *Signature of Server*

                                          _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ALL-STATE LEGAL®
800.222.0510 www.aslegal.com

*Index No.*           *Year 20*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

PIRZADA ASTOR PLACE, LLC,

                           Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                           Defendants.

---

## SUMMONS AND COMPLAINT

### HARRY H. KUTNER, JR.

*Attorney(s) for*

Plaintiff
1325 FRANKLIN AVENUE, SUITE 225
GARDEN CITY, NEW YORK 11530
(B) 516-741-1400
(F) 516-741-8712
(E) HHKUTNERLAW@GMAIL.COM

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

Dated: ....................................     Signature ....................................

                                         **HARRY H. KUTNER, JR.**

*Service of a copy of the within*                                         *is hereby admitted.*

Dated:

                                       *Attorney(s) for*

---

*PLEASE TAKE NOTICE*

☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of a
entered in the office of the clerk of the within-named Court on        20

☐ **NOTICE OF SETTLEMENT**
that an Order of which the within is a true copy will be presented for settlement to the
Hon.                  , one of the judges of the within-named Court,
at
on           20    , at        M.

*Check Applicable Box*

Dated:                                                             **HARRY H. KUTNER, JR.**

                                      *Attorney(s) for*